SCHWARTZ, Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Charles Schwartz against Jacob Kaufman and another. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 128 N. Y. Supp. 1145.

In re SCOTT. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) In the matter of Eleanor Scott, an incompetent. No opinion. Motion granted, with $10 costs.

SCRANTON & LEHIGH COAL CO., Respondent, v. DIAMOND, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by the Scranton & Lehigh Coal Company against Cecelia Diamond. Action No. 1. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCRANTON & LEHIGH COAL CO., Respondent, v. DIAMOND, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by the Scranton & Lehigh Coal Company against Cecelia Diamond. Action No. 2. No opinion. Judgment of the Municipal Court affirmed, with costs.

SEITZ et al. v. FAVERSHAM et al. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by Louis A. Seitz and Frederick Marshall, as executors, etc., against Philip Faversham and others. PER CURIAM. Motion granted, to the extent of making the costs of the appeal of the respondent legatee payable out of the personal property of the estate, and the costs of the executors and the infants chargeable against the real estate. Settle the order before Mr. Justice Carr. See, also, 141 App. Div. 903, 126 N. Y. Supp. 801.

SENDTNER, Respondent, v. AUSTRO–AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Maria Sendtner against the Austro-American Steamship Company. L. Ullo, for appellant. S. L. Samuels, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SENTNER v. SAMSTEIN et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Matthew B. Sentner, as trustee in bankruptcy, etc., against Efroim Samstein and others. M. Schleimer, for appellants. C. G. F. Wahle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SEPPALA, Respondent, v. WARE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by David Seppala against William V. Ware and others. PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the writing shows that the principal, Imatra I., was disclosed as the principal contracting, and that the defendants each executed the paper in his capacity as member of the committee, and hence as the agent of Imatra I.

SESSLER, Respondent, v. GOGGINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Margaret Sessler against Anna Goggins anl others. No opinion. Judgment affirmed, with costs.

SHEEHAN, Respondent, v. BROOKER, Appellant. (Supreme Sourt, Appellate Division, Third Department. November 15, 1911.) Action by Daniel Sheehan against Albert L. Brooker. No opinion. Judgment and order unanimously affirmed, with costs.

SHERIDAN v. CARDWELL. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Catherine E. Sheridan, suing in the name of Emily Adams and Claudina Post, her grantors, against Charles Cardwell. No opinion. Motion to resettle order granted, without costs. See, also, 130 N. Y. Supp. 638.

SHERMAN v. CHANLER et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Thomas T. Sherman against John A. Chanler and others. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

SHERMAN, Respondent, v. SHERMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Christina Sherman against Frederick W. Sherman. G. R. Robinson, for appellant. A. P. Bachman, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. LAUGHLIN, J., dissents, on the ground that a marriage is not alleged.

SHERMAN v. SHERMAN. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Christina Sherman against Frederick W. Sherman. No opinion. Motion denied, with $10 costs. Order filed. See, also, infra.

SHERMAN v. SHERMAN. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Christina Sherman against Frederick W. Sherman. No opinion.